**Opinion issued August 2, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00425-CV

————————————

**DANIEL NGHIEM, Appellant**

**V.**

**RUPOM SAJIB AND GLOBAL AVIATION SERVICE, INC. D/B/A GLOBAL AVIATION SERVICES & D/B/A GLOBAL AVIATION SERVICES, INC., Appellees**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2015-27690

## MEMORANDUM OPINION

Daniel Nghiem attempts to appeal from an order, signed May 9, 2016, entitled "ORDER ON SECOND MOTION TO STRIKE INTERVENTION OF DANIEL NGHIEN," which strikes his intervention.

We have jurisdiction to hear an interlocutory appeal only if authorized by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2008); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998). An interlocutory order striking an intervention is not an appealable order. *See Metromedia Long Distance, Inc. v. Hughes*, 810 S.W.2d 494, 499 (Tex. App.—San Antonio 1991, writ denied) (holding that order dismissing or striking petition in intervention may not be appealed by intervenor before rendition of final judgment); *In re E.C.*, No. 02–14–00158–CV, 2014 WL 3536712, at *1 (Tex. App.—Fort Worth July 17, 2014, no pet.) (dismissing appeal of order granting motion to strike plea in intervention for want of jurisdiction); *Barrett v. Barrett*, No. 14–03–00373–CV, 2004 WL 1925972, at *1–2 (Tex. App.—Houston [14th Dist.] Aug. 31, 2004, no pet.) (dismissing appeal from order striking petition in intervention for want of jurisdiction). Moreover, the record contains no severance order that might have made this order final.

On June 9, 2016, this Court issued a notice to Nghiem, advising him that we would dismiss the appeal for want of jurisdiction unless he filed a response on or before June 20, 2016 establishing that this court had jurisdiction. Nghiem did not file a response.

We dismiss this appeal for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.

2